IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Molly S. Blythe, *et al.*,   Case No. 3:16CV97

    Plaintiffs,

    v.   **JUDGMENT ENTRY**

Dr. Randall S. Schlievert, *et al.*,

    Defendants.

For the reasons stated in the order filed contemporaneously with this judgment, it is hereby ORDERED THAT:

1. The motions to dismiss of, jointly, Drs. Lisk, Tourner, and Dargart (Doc. 22), and Dr. Anwer (Doc. 27), and the motion for judgment on the pleadings of Dr. Rosenthal (Doc. 39), be, and the same hereby are, granted; and

2. The Doe "coder" defendants be, and the same hereby are, *sua sponte* dismissed.

So ordered.

                                               /s/ James G. Carr
                                               Sr. U.S. District Judge