**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Molly S. Blythe, *et al.*,                        Case No. 3:16CV97

       Plaintiffs,

       v.                        **JUDGMENT ENTRY**

Dr. Randall S. Schlievert, *et al.*,

       Defendants.

For the reasons stated in the order filed contemporaneously with this judgment, it is hereby ORDERED THAT: defendant's motion for judgment on the pleadings (Doc. 52) be, and the same hereby is, granted.

So ordered.

                                             /s/ James G. Carr
                                             Sr. U.S. District Judge